IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00502-AP

AARON D. MITCHELL,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant-Appellee.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Robert K. Gruber, #9413<br>3500 South Wadsworth Blvd., Ste 215<br>Lakewood, Colorado 80235-2382<br>Telephone (303) 986-6400<br>FAX (303) 986-6800<br>E-mail: bobgruber@earthlink.net<br>Attorney for Plaintiff-Appellant<br>Aaron D. Mitchell | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-0815<br>(303) 844-0770 (facsimile)<br>Stephanie.Fishkin.Kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** March 11, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** March 18, 2008

**C. Date Answer and Administrative Record Were Filed:** May 12, 2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Records appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters.

## 8. BRIEFING SCHEDULE

**A. Plaintiffs Opening Brief Due:** July 6, 2008

**B. Defendant's Response Brief Due:** August 5, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** August 20, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 4th day of June 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Robert K. Gruber 5/14/08<br>Robert K. Gruber, #9413<br>3500 South Wadsworth Blvd., Ste 215<br>Lakewood, Colorado 80235-2382<br>Telephone (303) 986-6400<br>FAX (303) 986-6800<br>E-mail: bobgruber@earthlink.net<br>Attorney for Plaintiff-Appellant<br>Aaron D. Mitchell | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>s/Stephanie Lynn F. Kiley 6/2/08<br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-0815<br>(303) 844-0770 (facsimile)<br>Stephanie.Fishkin.Kiley@ssa.gov<br><br>Attorneys for Defendant. |