IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-502-AP**

**AARON D. MITCHELL,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Plaintiff's Application for an Award of Attorney Fees Under the Equal Access to Justice Act, (doc. #20), filed September 29, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay directly to Plaintiff's counsel, reasonable attorney fees in the amount of **$3,411.14**.

Dated at Denver, Colorado, this 3rd day of December, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT