IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **08-cv-502-AP**

**AARON D. MITCHELL,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Plaintiff's Attorney's Motion for an Award of Attorney Fees Under 42 U.S.C. § (406)(b), (doc. #24), filed August 14, 2009, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff's counsel, reasonable attorney fees pursuant to 42 U.S.C. § (406)(b) in the amount of **$10,129.50**.  Counsel will then pay to plaintiff the amount of $3,411.14 as reimbursement of the previously awarded EAJA fees.

Dated at Denver, Colorado, this 18th day of August, 2009.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT